IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVID EARL JONES,

    Plaintiff,

v.

DANNY THOMPSON, WAYNE
JOHNSON; Dr. TAYLOR;
Dr. YOUNG; WAYNE BENNETT;
and Dr. JEFFREY GUNDERSON,

    Defendants.

CIVIL ACTION NO.: CV611-007

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Danny Thompson and Wayne Bennett are **DISMISSED**.

**SO ORDERED**, this 26th day of April, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA