IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVID EARL JONES,

    Plaintiff,

v.

WAYNE JOHNSON; JOSEPH TAYLOR;
Dr. ZELLNER YOUNG; Dr. JEFFREY
GUNDERSON; DANNIE THOMPSON;
and WAYNE BENNETT,

    Defendants.

CIVIL ACTION NO.: CV611-007

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion to Dismiss filed by Defendants Wayne Johnson, Dannie Thompson, Joseph Taylor, and Dr. Zellner Young is **GRANTED**. Plaintiff's claims as set forth in Plaintiff's Amended Complaint against Defendants Johnson, Thompson, Taylor, and Young are **DISMISSED**.

SO ORDERED, this 26 day of Oct., 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)